UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HAYIM BEN NAMER,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>TRANS UNION, LLC; EXPERIAN INFORMATION SOLUTIONS, INC.; JPMORGAN CHASE BANK, N.A.<br><br>　　　　Defendants.<br><br>CHASE BANK USA, N.A.<br><br>　　　　Counterclaim-Plaintiff,<br><br>　v.<br><br>HAYIM BEN NAMER<br><br>　　　　Counterclaim-Defendant. | Case No. 2:18-cv-02957-MCE-EFB<br><br>**ORDER GRANTING STIPULATION OF DISMISSAL WITH PREJUDICE**<br><br>Action Filed: November 11, 2018<br>Trial Date:　　None set |

LA 52285847

ORDER
Case No. 2:18-cv-02957-MCE-EFB

Having reviewed the Stipulation of Dismissal with Prejudice (the "Stipulation"), and the pleadings, papers, and other documents filed by the parties in connection therewith, and all other matters presented to the Court, and good cause having been shown:

**IT IS HEREBY ORDERED** that the Stipulation is **GRANTED**.

**IT IS FURTHER ORDERED** that plaintiff/counterclaim-defendant Hayim Ben Namer's ("Plaintiff") complaint (ECF No. 1) is dismissed with prejudice as to defendant/counterclaim-plaintiff Chase Bank USA, N.A., n/k/a JPMorgan Chase Bank, N.A., with each party bearing its or his own attorneys' fees and costs.

**IT IS FURTHER ORDERED** Chase's counterclaim against Plaintiff (ECF No. 12) be dismissed in its entirety with prejudice, with each party bearing its or his own attorneys' fees and costs.

The matter having now been concluded in its entirety, the Clerk of Court is directed to close the file.

**IT IS SO ORDERED.**

Dated: October 28, 2019

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE