Colin C. Poling, Esq. (IN #32413-49)
  *(admitted Pro Hac Vice)*
Schuckit & Associates, P.C.
4545 Northwestern Drive
Zionsville, IN 46077
Telephone: 317-363-2400
Fax: 317-363-2257
E-Mail: cpoling@schuckitlaw.com

*Lead Counsel for Defendant Trans Union, LLC*
*Designated Counsel for Service*

Eileen T. Booth, Esq. (CSB #182974)
Kurtis J. Anders, Esq. (CSB #269333)
Jacobsen & McElroy PC
2401 American River Drive, Suite 100
Sacramento, CA 95825
Telephone: 916-971-4100
Fax: 916-971-4150
E-Mail: ebooth@jacobsenmcelroy.com
         kanders@jacobsenmcelroy.com

*Local Counsel for Defendant Trans Union, LLC*

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

### SACRAMENTO DIVISION

| | |
|---|---|
| HAYIM BEN NAMER<br>　　　　Plaintiffs,<br><br>　　vs.<br><br>TRANS UNION, LLC; EXPERIAN INFORMATION SOLUTIONS, INC.; and JPMORGAN CHASE BANK N.A.,<br>　　　　Defendants. | CASE NO. 2:18-cv-02957-MCE-EFB<br><br>**STIPULATION AND [ORDER OF DISMISSAL WITH PREJUDICE AS TO DEFENDANT TRANS UNION, LLC ONLY** |

Plaintiff Hayim Ben Namer ("Plaintiff"), by counsel, and Defendant Trans Union, LLC ("Trans Union"), by counsel, hereby stipulate and agree that all matters herein between them have been compromised and settled, and that Plaintiff's cause against Trans Union only should be

**STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE AS TO DEFENDANT TRANS UNION, LLC ONLY – 2:18-CV-02957-MCE-EFB**

dismissed, with prejudice, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), with each party to bear its own costs and attorneys' fees.

Respectfully submitted,

Date: _____

_____
Jonathan Aaron Stieglitz, Esq.
Law Office Of Jonathan A. Stieglitz
11845 W. Olympic Blvd., Suite 800
Los Angeles, CA  90064
Telephone:  (323) 979-2063
Fax:  (323) 488-6748
E-Mail:  jonathan.a.stieglitz@gmail.com

*Counsel for Hayim Ben Namer*

Date:_____

_____
Colin C. Poling, Esq.  (IN #32413-49)
   *(admitted Pro Hac Vice)*
Schuckit & Associates, P.C.
4545 Northwestern Drive
Zionsville, IN  46077
Telephone:  317-363-2400
Fax:  317-363-2257
E-Mail:  cpoling@schuckitlaw.com

*Lead Counsel for Defendant Trans Union, LLC*

**STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE AS TO DEFENDANT TRANS UNION, LLC ONLY – 2:18-CV-02957-MCE-EFB**

**ORDER**

Pursuant to the parties' stipulation, it is hereby ordered that all claims of Plaintiff Hayim Ben Namer against Defendant Trans Union, LLC are dismissed, with prejudice. Plaintiff Hayim Ben Namer and Defendant Trans Union, LLC shall each bear their own costs and attorneys' fees. This case shall proceed on Plaintiff's remaining claims.

IT IS SO ORDERED.

DATED: January 2, 2020

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE

**STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE AS TO DEFENDANT TRANS UNION, LLC ONLY – 2:18-CV-02957-MCE-EFB**