Jonathan A. Stieglitz, Esq.
(SBN 278028)
jonathan.a.stieglitz@gmail.com
THE LAW OFFICES OF
JONATHAN A. STIEGLITZ
11845 W. Olympic Blvd., Suite 800
Los Angeles, California 90064
Telephone:   (323) 979-2063
Facsimile:    (323) 488-6748
Attorney for Plaintiff

# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF CALIFORNIA
# SACRAMENTO DIVISION

| | |
|---|---|
| HAYIM BEN NAMER,<br><br>     Plaintiff<br><br>     v.<br><br>TRANS UNION, LLC;<br><br>EXPERIAN INFORMATION SOLUTIONS, INC.;<br><br>JPMORGAN CHASE BANK, N.A.,<br><br>     Defendants. | Case No.: 2:18-cv-2957-MCE-EFB<br><br>**The Hon. Morrison C. England, Jr**<br><br>**ORDER FOR DISMISSAL WITH PREJUDICE**<br><br><br><br>Complaint Filed:  11/11/2018 |

   Having reviewed the Parties' Joint Stipulation for Dismissal With Prejudice

of this entire action pursuant to  Federal Rules of Civil Procedure Rule

41(a)(1)(A)(ii), and good cause appearing, the above entitled matter is hereby dismissed, with prejudice and its entire, each party to bear their respective costs and fees.

    IT IS SO ORDERED.

Dated:  June 23, 2020

MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE